

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00465-CR

Ted Allen **WRIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12275
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED, and counsel's motion to withdraw is GRANTED.

The trial court clerk is ORDERED to prepare and file a corrected bill of costs reflecting no court-appointed attorney's fees are assessed against Ted Allen Wright in trial court cause number 2019CR12275.

SIGNED May 31, 2023.

Luz Elena D. Chapa, Justice